**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JAMES E. CRITTENDEN,                           ) NO. CV 08-06998 JHN (SS)
                                               )
                    Petitioner,                )
                                               )
         v.                                    )        **JUDGMENT**
                                               )
DOMINGO URIBE, JR., Warden,                    )
                                               )
                    Respondent.                )
_____)


        Pursuant to the Court's Order Adopting Findings, Conclusions and

Recommendations of United States Magistrate Judge,


        IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

with prejudice.


DATED: April 18, 2011

                                    _____
                                    JACQUELINE H. NGUYEN
                                    UNITED STATES DISTRICT JUDGE